IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
|---|---|

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud
   Count IX – Conspiracy
   Count X – Wrongful Death
   Count XI – Loss of Consortium

   <u>Other Causes of Action:</u>
   Count XII – _____
   Count XIII – _____
   Count XIV – _____
   Count XV – _____
   Count XVI – _____
   Count XVII – _____
   Count XVIII – _____
   Count XIX – _____
   Count XX – _____
   Others
   _____
   _____
   _____

## **<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025                                  Respectfully Submitted,

The ClaimBridge PLLC


/s/: _____remur_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wright, Judith E. | 11/28/1947 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 2. | Williams, Robert J. | 03/20/1954 | FL | Middle District of Florida | No | Yes | No | Liver Cancer, Colon Cancer, Male Breast Cancer | Counts I-XI |
| 3. | Williams, James Henry | 01/22/1953 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 4. | Wheeler, Randolph L. | 10/31/1952 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Weitnauer, Sheryl A. OBO Bussard, Jason M. | 09/23/1973 | GA | Northern District of Georgia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 6. | Weitnauer, Sheryl A. | 11/02/1956 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 7. | Warren, Debra Lynn | 07/24/1963 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 8. | Volos, Zoryana. | 02/24/1965 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 9. | Turner, Billy G. | 12/05/1962 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 10. | Tremblay, Jennifer L. | 09/07/1985 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 11. | Thomas, Lorri OBO Thomas, Wanda | 12/01/1925 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 12. | Taylor, Herman Jr. | 02/02/1950 | AZ | District of Arizona | No | Yes | No | Testicular Cancer, Prostate Cancer | Counts I-XI |
| 13. | Tainter, Bradley E. | 01/26/1965 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 14. | Stylinski, Stephen M. | 06/07/1951 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Storm, Michael | 09/18/1954 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-XI |
| 16. | Stevens Jr., Douglass S. | 03/11/1969 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 17. | Stevens, Melissa E. | | OR | District of Oregon | | | | | Count XI |
| 18. | Stephens, John W. | 01/01/1951 | MD | District of Maryland | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 19. | Stephens, Brenda | | MD | District of Maryland | | | | | Count XI |
| 20. | Skiles, Heather Lee | 10/23/1980 | MI | Western District of Michigan | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 21. | Shanbrom, James A. | 03/21/1961 | CA | Central District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 22. | Shanbrom, Eva E. | | CA | Central District of California | | | | | Count XI |
| 23. | Scales, Zachary J. | 01/21/1976 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Santos, Walter S. | 05/09/1974 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 25. | Sankari, Tiffany S. | 12/09/1984 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 26. | Sankari, Haenem | | NY | Eastern District of New York | | | | | Count XI |
| 27. | Sanchez, Merce C. | 10/02/1956 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol, Thyroid Cancer | Counts I-XI |
| 28. | Sanchez, Carol | 04/22/1966 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 29. | Russel, Brends F. | 02/25/1950 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 30. | Roesch, Christine OBO Adams, Thomas | 10/29/1972 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Rodriguez, Roberto | 04/18/1959 | CT | District of Connecticut | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 32. | Robinson, Jaeda | 02/25/1953 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 33. | Reeves, Valerie Lorraine | 04/17/1958 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Cancer, High Cholesterol | Counts I-XI |
| 34. | Ramsey, Patricia OBO Marion, Margaret J. | 04/16/1941 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 35. | Ralston, Jerry D | 07/26/1948 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Pridgeon, Joseph E. | 12/01/1959 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 37. | Phillips, Jacqueline L. | 11//12/1961 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 38. | Perez, Jose D. | 12/26/1982 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 39. | Patterson, Carnell | 02/10/1959 | MS | Southern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 40. | Partridge, Loreen D. OBO Partridge, James V. | 05/16/1953 | FL | Middle District of Florida | No | Yes | No | Liver Cancer | Counts I-XI |
| 41. | Parker, Earl A. | 10/24/1957 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 42. | O'Grady, MaryJane OBO O'Grady, Danny B. | 06/02/1956 | NY | Western District of New York | No | Yes | No | Liver Cancer, Pancreatic Cancer | Counts I-XI |
| 43. | Nunez, Timothy D. | 05/06/1968 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 44. | Newman, JoAnn C. | 08/06/1942 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 45. | Mudd, David A. | 12/20/1966 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Mudd, Shelley Lynn | | MO | Western District of Missouri | | | | | Count XI |
| 47. | Morris, William Allen | 09/25/7928 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 48. | Morris, Sandra | | NC | Middle District of North Carolina | | | | | Count XI |
| 49. | Morales, Lynda Moreno OBO Morales, Peter J. | 10/08/1951 | CA | Central District of California | No | Yes | No | Pancreatic Cancer, Prostate Cancer, High Cholesterol | Counts I-XI |
| 50. | Morales, Luis O. | 12/04/1997 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Moore, Edwina LaFolia OBO Moore Sr., Eugene | 08-24-1953 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 52. | Mixon, Rochelle M. | 09/15/1958 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 53. | Minter, Roger A. | 08/22/1960 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 54. | McKenzie Jr., Robert D. | 03/01/1970 | MD | District of Maryland | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 55. | McKeever, Jerry | 08/28/1957 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | Mason, Roy E. | 12/05/1947 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Martini, Paul Francis | 08/14/1963 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 58. | Marshall, Anthony | 01/07/1962 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 59. | Marquez, Carlos Jr. | 04/09/1966 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Marksberry, Jacqueline A. | 12/24/1962 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 61. | Manoli, Paul N. | 12/20/1949 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 62. | Manoli, Jennifer R. | | TX | Southern District of Texas | | | | | Count XI |
| 63. | Luster, Micheal Lamar | 05/31/1958 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 64. | Luster, Joanne Jackson | | MI | Eastern District of Michigan | | | | | Count XI |
| 65. | Lilly, Denise L. | 05/25/1972 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 66. | Lewinski, Charmaine L. OBO Sauve, Floyd | 07/22/1978 | WI | Western District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 67. | Kirkland, Kennith Wayne | 08/28/1956 | GA | Southern District of Georgia | Yes | Yes | No | Kidney Cancer, Blood Cancer | Counts I-XI |
| 68. | Kern, Jack R. | 03/28/1955 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Kern, Connie S. | | FL | Middle District of Florida | | | | | Count XI |
| 70. | Kellet, Kevin E. | 12/11/1986 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 71. | Kauffman, Linda | 05/29/1961 | IA | Northern District of Iowa | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 72. | Jolly, Patricia A. | 07/24/1954 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 73. | Grant, Perry | | MO | Western District of Missouri | | | | | Count XI |
| 74. | Johnson, Julie L. OBO Johnson, Dennis G. | 02/14/1948 | SD | District of South Dakota | No | Yes | No | Ulcerative Colitis, Thyroid Disease | Counts I-XI |
| 75. | Jackson-Thomas, Brenda | 05/27/1959 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 76. | Ingram, Sonja R. | 04/03/1973 | NE | District of Nebraska | No | Yes | No | Thyroid Disease | Counts I-XI |
| 77. | Hylton, Douglas W. | 06/22/1944 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 78. | Hoyt, Chris | 04/20/1978 | WA | Eastern District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 79. | Howell, Donald C. | 12/26/1945 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 80. | Harward, Melissa A. | 01/21/1973 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 81. | Harward, Jerry | | NC | Eastern District of North Carolina | | | | | Count XI |
| 82. | Hartman, Jamie V. | 09/11/1991 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis, Thyroid Cancer | Counts I-XI |
| 83. | Hartman, Joshua | | OH | Northern District of Ohio | | | | | Count XI |
| 84. | Harrison, Jesse L. | 04/11/1947 | TX | Southern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 85. | Hahn, David Mark | 07/09/1965 | PA | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 86. | Gurrola, Jaime A. | 11/30/1974 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Gurrola, Beatrice | | TX | Western District of Texas | | | | | Count XI |
| 88. | Griffith, Kyle G. | 08/19/1985 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 89. | Griffith, Anna | | MO | Eastern District of Missouri | | | | | Count XI |
| 90. | Gatlin, Michael A. | 07/14/1957 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer | Counts I-XI |
| 91. | Garcia, John | 07/31/1970 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-XI |
| 92. | Fuqua, Tiffani S. | 04/11/1991 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Fortmueller, Kelly J. | 10/21/1970 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 94. | Finney, Scot A. | 03/28/1970 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Ferrell, Hal | 02/07/1947 | MS | Northern District of Mississippi | Yes | Yes | No | Kidney Cancer, Thyroid Disease, Liver Cancer | Counts I-XI |
| 96. | Eckmann, Timothy OBO Eckmann, Clinton Russell | 03/04/2008 | AK | District of Alaska | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 97. | Doss, Gary L. | 09/25/1958 | KS | District of Kansas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 98. | Doss, Eva | | KS | District of Kansas | | | | | Count XI |
| 99. | Domingues Jr., David A. | 08/09/1962 | CA | Central District of California | No | Yes | No | High Cholesterol, Liver Cancer, Colon Cancer, Prostate Cancer | Counts I-XI |
| 100. | Dobson, Star A. | 12/19/1980 | AZ | District of Arizona | No | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 101. | Davis, Lesia A. | 04/21/1947 | NY | Western District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Davis, James | | NY | Western District of New York | | | | | Count XI |
| 103. | Crawford, Darwin Ray OBO Crawford, Charlotte Ann | 01/21/1951 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Crape, Douglas W. | 09-19-1967 | WA | Eastern District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 105. | Crape, Saddie | | WA | Eastern District of Washington | | | | | Count XI |
| 106. | Coppola, Michael Jerome | 10/03/1954 | NV | District of Nevada | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 107. | Clark, Cedric D. | 12/16/1971 | AL | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 108. | Chmurka, Catrina Mason | 11/06/1983 | LA | Middle District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 109. | Chmurka, Christopher | | LA | Middle District of Louisiana | | | | | Count XI |
| 110. | Castro, Stacey Beatrice | 01/04/1971 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 111. | Carter, Richard J. | 01/07/1961 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 112. | Carter, Maria | | CA | Eastern District of California | | | | | Count XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Carlin, Christopher S. | 02/27/1977 | WI | Western District of Wisconsin | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 114. | Calhoun, Katherine L. | 10/20/1958 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, Lung Cancer | Counts I-XI |
| 115. | Burk, Natalie Lafon OBO Burk, James Earl | 11/25/1941 | MI | Western District of Michigan | No | Yes | No | Thyroid Disease, High Cholesterol, Bladder Cancer | Counts I-XI |
| 116. | Brooks, Tony Wayne | 05/17/1959 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 117. | Brightman, Jerry Dewayne | 03/24/1973 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 118. | Branine, Dennis W. | 12/17/1955 | MO | Western District of Missouri | No | | | Ulcerative Colitis | Counts I-XI |
| 119. | Thorp, Janice | | MO | Western District of Missouri | | | | | Count XI |
| 120. | Bonamour, Russell J. | 08/02/1957 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 121. | Bethea, Cornell | 03/15/1953 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Beairsto, Joseph M. | 06/21/1946 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 123. | Baker, Tuwania L. | 06/15/1969 | GA | Southern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Baker, Travis Burl | 10/02/1970 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Bajrami, Catherine E. | 03/11/1963 | CT | District of Connecticut | No | Yes | No | Thyroid Disease | Counts I-XI |
| 126. | Anthony, Timothy George | 09/19/1954 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 127. | Anthony, Susan B. | | FL | Middle District of Florida | | | | | Count XI |
| 128. | Anderson, Gary Dale | 08/16/1955 | NV | District of Nevada | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 129. | Amilcar Sr., Jacques Garey | 04/07/1972 | GA | Middle District of Georgia | Yes | Yes | No | Kidney Cancer, Prostate Cancer, Colon Cancer, High Cholesterol | Counts I-XI |
| 130. | Alvarado, Roberto | 07/22/1949 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 131. | Alvarado, Alam | | TX | Southern District of Texas | | | | | Count XI |
| 132. | Allgood, Deborah Jean | 05/04/1952 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 133. | Allgood, Benjamin Franklin Jr. | | NC | Middle District of North Carolina | | | | | Count XI |
| 134. | Aiken, Martha Mae | 06/21/1956 | NC | Western District of North Carolina | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 135. | Aguirre, Jose Alberto | 08/26/1996 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 136. | Abad Hernandez, Jhon M. | 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 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Garcia Alzate, Flor Angela | | NJ | District of New Jersey | | | | | Count XI |
| 138. | Rodriguez, Eliud J. | 03/25/1953 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 139. | Rodriguez, William | 08/27/1962 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 140. | Reyes, Robert Rodriguez Jr. | 08/08/1970 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 141. | Reyes, Amy | | TX | Western District of Texas | | | | | Count XI |
| 142. | Pereira, Rogerio Santos | 08/19/1984 | NJ | District of New Jersey | No | Yes | No | Testicular Cancer | Counts I-XI |
| 143. | Pedersen, Teri Michelle | 03/ 27/1976 | CA | Central District of California | No | Yes | No | High Cholesterol, Kidney Cancer | Counts I-XI |
| 144. | Lattimore Sr., Arthur Roger | 09/18/1952 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, Thyroid Disease, Bladder Cancer | Counts I-XI |
| 145. | Lassey, Harry II | 09/12/1955 | TX | Eastern DIstrict of Texas | Yes | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 146. | Lassey, Carol A. | | TX | Eastern DIstrict of Texas | | | | | Count XI |
| 147. | Jones Sr., Gilbert Louis | 08/26/1958 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 148. | Phifer, Thomas Charles | 12/13/1976 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Trump, Terry | 04/16/1961 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 150. | Trump, Jennifer | | OR | District of Oregon | | | | | Count XI |